UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD JONES and JILL JONES,

          Plaintiffs,

    v.

UNITED STATES OF AMERICA, and
DOES 1 - 30, inclusive,

          Defendants.

_____/

NO. CIV. S-08-0893 LKK/GGH

O R D E R

As the events giving rise to the complaint occurred within Mariposa County, this case is TRANSFERRED to the Fresno division of the Eastern District of California.

IT IS SO ORDERED.

DATED: August 6, 2008

                    /s/ Lawrence K. Karlton
                    LAWRENCE K. KARLTON
                    SENIOR JUDGE
                    UNITED STATES DISTRICT COURT